UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-cv-2765-T-02SPF

DAVID POSCHMANN,

        Plaintiff,

v.

ANGELS NEST, L.C.,

        Defendant.

_____/

## NOTICE OF SETTLEMENT

      Plaintiff, by and through his undersigned counsel, hereby informs the Court that the parties have reached a settlement in this action. Counsel for the parties are in the process of finalizing the written settlement agreement.

                                      s/Drew M. Levitt
                                      Drew M. Levitt
                                      drewmlevitt@gmail.com
                                      Florida Bar No.782246
                                      Lee D. Sarkin, Esq.
                                      Lsarkin@aol.com
                                      Florida Bar No. 962848
                                      4700 NW Boca Raton Boulevard
                                      Suite 302
                                      Boca Raton, Florida 33431
                                      Telephone (561) 994-6922
                                      Attorneys for Plaintiff