UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-cv-2765-T-02SPF

DAVID POSCHMANN,

    Plaintiff,

v.

ANGELS NEST, L.C.,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his/its own fees and costs except as otherwise agreed by the parties.

Dated: January 8, 2021

                                                  s/Drew M. Levitt
                                                  Drew M. Levitt
                                                  drewmlevitt@gmail.com
                                                  Florida Bar No.782246
                                                  Lee D. Sarkin, Esq.
                                                  Lsarkin@aol.com
                                                  Florida Bar No. 962848
                                                  4700 NW Boca Raton Boulevard
                                                  Suite 302
                                                  Boca Raton, Florida 33431
                                                  Telephone (561) 994-6922
                                                  Attorneys for Plaintiff